### Clifton Elbert HILL, Appellant,
#### v.
### The STATE of Texas, Appellee.
#### No. 32614.

Court of Criminal Appeals of Texas.

Dec. 7, 1960.

No attorney on appeal for appellant.

Charles J. Lieck, Jr., Dist. Atty., Jack Paul Leon and Harry A. Nass, Jr., Asst. Dist. Attys., San Antonio, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for burglary with intent to commit theft, with punishment assessed at three years in the penitentiary.

The record before us does not reflect that a valid notice of appeal was given in the trial court, as required by Art. 827, C.C.P.

In the absence of a notice of appeal this court is without jurisdiction to entertain an appeal of this case.

The appeal is dismissed.